1  Tod F. Schleier, State Bar No. 004612
   Bradley H. Schleier, State Bar No. 011696
   SCHLEIER LAW OFFICES, P.C.
2  3101 N. Central Avenue
   Suite 1090
3  Phoenix, AZ 85012
   Telephone: (602) 277-0157
4  Facsimile:  (602) 230-9250
   tod@schleierlaw.com
5  brad@schleierlaw.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Signature Page]

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10
                          PHOENIX DIVISION
11

12 | ELIZABETH BIGHAM; ELEANOR RIGGIO; FRANK ACUNA; JOSEPH BIERNACKI; MARISIA FARMER; RICHARD LAMASTERS; KENNETH ALLEN, | Case No. 08-cv-0083-PHX-JWS
13 |  | **NOTICE OF SETTLEMENT**
14 |  |
15 |  |
   | Plaintiffs, |
16 | - vs - |
17 | SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC.; SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC.; SERVICE CORPORATION INTERNATIONAL, |
18 |
19 |
20 |
21 | Defendants. |

Counsel for Plaintiffs and Defendants hereby submit this notice to advise the Court that the parties have discussed and reached an agreement that would resolve Plaintiffs' claims in this case. The parties have not yet finalized an agreement but believe that with additional time, they will be able to finalize a settlement of the claims in this case.

The reason the parties need additional time to finalize a settlement is that the resolution of the claims in this case is part of a global settlement of numerous other matters that remain outstanding between the parties, including numerous claims associated with actions that are pending on appeal before various courts, including the Ninth Circuit Court of Appeals and numerous state appellate courts as well as a significant number of individual arbitration claims. The parties need additional time to sort out numerous issues involved in obtaining a final resolution of all of the claims that are part of the global settlement, including the time associated with contacting and obtaining information from the approximately 100 individuals whose claims will be resolved as part of this global settlement.

Therefore, the parties request that all deadlines in this case be stayed for forty-five (45) days to allow the parties sufficient time to finalize their global settlement. The only current deadline in this case is the deadline for Plaintiffs to respond to Defendants' second motion for summary judgment, which is December 10, 2013 (Dkt. No. 2126). The parties will provide the Court with a status report regarding their progress in finalizing the global settlement within thirty (30) days of entry of the Order granting the requested stay.

RESPECTFULLY SUBMITTED this 9th day of December, 2013.

By:   /s/ Sarah Cressman
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
Sarah Cressman, NY Attorney No. 4014379
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
nthomas@theemploymentattorneys.com
psolomon@theemploymentattorneys.com
agifford@theemploymentattorneys.com
scressman@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

Attorneys for Plaintiffs

STINSON MORRISON HECKER LLP
By:   /s/ Lonnie J. Williams, Jr.
Lonnie J. Williams, Jr.
Carrie M. Francis

Attorneys for Defendants

1 | I hereby certify that on the 9th day of December, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a
2 | Notice of Electronic filing to the following ECF registrants:

3 | Amy E. Dias
Lonnie James Williams
4 | Matthew W. Lampe
Benjamin John Naylor
5 | Carrie Marie Francis
David M. Daniels
6 | Nicholas P. Forestiere
Steven H. Gurnee
7

/s/ Sarah Cressman__
8 | **Sarah Cressman**